```
McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone:  (559) 498-7316

Attorneys for Defendant
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOAN FAIRCHILD, | ) | 1:04-cv-6610 TAG |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | ORDER TO EXTEND |
| v. | ) | TIME |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties, through their respective counsel, stipulate that the time for responding to plaintiff's Opening Brief be extended from July 26, 2005 to August 30, 2005.

///

///

///

///

///

///

///

//

1

This is defendant's first request for an extension of time to file a response to plaintiff's Opening Brief.  Defendant needs the additional time to further review the file and prepare a response in this matter.

                                      Respectfully submitted,

Dated: July 20, 2005          /s/ Young Cho
                                  (As authorized via facsimile)
                                  YOUNG CHO
                                  Attorney for Plaintiff

Dated: July 20, 2005          McGREGOR W. SCOTT
                                  United States Attorney


                                  /s/ Kristi C. Kapetan
                                  KRISTI C. KAPETAN
                                  Assistant U.S. Attorney

**ORDER**

Based upon the parties' Stipulation, the Court finds that good cause exists to grant Defendant's request for an extension of time to respond to Plaintiff's opening brief, and makes the following order:

1. Defendant shall have to and including August 30, 2005 to file and serve a response to Plaintiff's opening brief.

IT IS SO ORDERED.

**Dated:   July 25, 2005   **                 **/s/ Theresa A. Goldner**
j6eb3d                                      UNITED STATES MAGISTRATE JUDGE